# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| TONY CARPENTER, | : Case No. 3:20-cv-360 |
| Plaintiff, | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant. | : |

## DECISION AND ENTRY

This social security case is presently before the Court on the parties' Joint Motion for Remand. (Doc. No. 11). The parties agree that the Commissioner's decision should be reversed, and that this matter should be remanded to the Commissioner pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further administrative proceedings. The parties further agree that judgment should be entered in Plaintiff's favor. Upon remand, the Commissioner will reconsider the medical opinion evidence and prior administrative medical findings, hold a new hearing, and then issue a new decision.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion for Remand (Doc. No. 11) is **ACCEPTED**;

2. The Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58;

3. This matter is **REMANDED** to the Social Security Administration, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with this Decision and Entry and the parties' motion; and

4. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date:  6-7-24

Walter H. Rice
United States District Judge